**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DARRYL ALEXANDER and EDNA
ALEXANDER

Case No. 2:09-CV-12303

                Plaintiffs,

Hon. Patrick J. Duggan
Magistrate Judge Paul J. Komives

    vs.

DEL MONTE CORPORATION and THE
KROGER COMPANY,

              Defendants.

_____/

## ORDER

At a session of said Court, held in Detroit,
Michigan, on February 1, 2010.

PRESENT:  HON. PATRICK J. DUGGAN
                   U.S. District Court Judge

Upon reading the foregoing Stipulation and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1.      That on or before February 1, 2010, counsel for Plaintiffs must produce the jar and lid described in Plaintiffs' Complaint for visual examination by representatives of Crown Cork & Seal Company, Inc.  No tests shall be performed until the parties mutually agree to a testing protocol recommended by said representatives;

2.      Defendants may not engage in any destructive testing and shall share the results of any tests with counsel for Plaintiffs;

3.    Defendants will be responsible for any loss or damage to the subject jar and lid; and

4.    Defendants will be responsible for shipping the jar and lid to and from Crown Cork & Seal Company, Inc.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: February 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 2, 2010,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

2

6293150.1 29209/130276