UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL ALEXANDER and EDNA ALEXANDER,

        Plaintiffs,

v.

DEL MONTE CORPORATION and THE KROGER COMPANY,

        Defendants.
_____/

Case No. 09-cv-12303

Honorable Patrick J. Duggan

## **ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on October 18, 2010.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

The Court has reviewed the Motion for Summary Judgment brought by Del Monte Corporation and The Kroger Company, and considered the arguments of counsel at a hearing held on October 14, 2010. For the reasons stated on the record,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED** as to Count I of Plaintiffs' Complaint, "Violation of the Michigan Food Law of 2000," and **DENIED** as to Plaintiffs' remaining claims.

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Mark F. Miller, Esq.
Jack O. Kalmink, Esq.