UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL ALEXANDER and EDNA
ALEXANDER

        Plaintiffs,

vs.

DEL MONTE CORPORATION and THE
KROGER COMPANY,

        Defendants.

Case No. 2:09-CV-12303

Hon. Patrick J. Duggan
Magistrate Judge Paul J. Komives

---

| DeNARDIS, McCANDLESS & MILLER, PC | CLARK HILL PLC |
|---|---|
| Mark F. Miller (P36404) | Jack O. Kalmink (P24087) |
| Ronald F. DeNardis (P23268) | Mary A. Kalmink (P42954) |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 10 S. Main Street, Suite 307 | 500 Woodward Avenue, Suite 3500 |
| Mt. Clemens, Michigan 48043 | Detroit, Michigan 48226-3435 |
| (586) 469-9191 | (313) 965-8300 |
| Fax: (586) 307-8397 | Fax: (313) 965-8252 |

## OFFER OF JUDGMENT

TO:   Mark F. Miller (P36404)
       Ronald F. DeNardis (P23268)
       DeNARDIS, McCANDLESS & MILLER, PC
       10 S. Main Street, Suite 307
       Mt. Clemens, Michigan 48043

NOTICE IS HEREBY GIVEN that Defendants Del Monte Corporation and The Kroger Company, in accordance with Fed. R. Civ. P. 68, offer to allow Plaintiffs Darryl Alexander and Edna Alexander to take judgment against them in the amount of $150,000.00. This amount includes all costs and fees accrued through the date of this Offer of Judgment, including, but not limited to, any and all claims to damages, attorney fees, interest, costs and expenses of any kind or nature whatsoever.

6804186.1 29209/130276

This Offer of Judgment is made for the purposes specified in Rule 68, and is not an admission that Defendants are liable in this action, or that Plaintiffs have suffered any damage.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Jack O. Kalmink
Jack O. Kalmink (P24087)
Mary A. Kalmink (P42954)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
Attorneys for Defendants
jkalmink@clarkhill.com

Date: November 16, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

CLARK HILL PLC

By: /s/ Jack O. Kalmink
Jack O. Kalmink (P24087)
Mary A. Kalmink (P42954)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
(313) 965-8300
Attorneys for Defendants
jkalmink@clarkhill.com

Date: November 16, 2010