**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DARRYL ALEXANDER and EDNA ALEXANDER | Case No. 2:09-CV-12303 |
| Plaintiffs, | Hon. Patrick J. Duggan |
| vs. | Magistrate Judge Paul J. Komives |
| DEL MONTE CORPORATION and THE KROGER COMPANY, | |
| Defendants. | |

_____/

**STIPULATION TO DISMISS**
**WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY STIPULATED, by and between counsel for the parties hereto, that the above matter be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| DeNARDIS, McCANDLESS & MILLER, PC | CLARK HILL PLC |
| | |
| s/ with consent of Mark F. Miller | s/ Jack O. Kalmink |
| Attorney for Plaintiffs | Attorney for Defendants |
| 10 S. Main Street, Suite 307 | 500 Woodward Avenue, Suite 3500 |
| Mt. Clemens, Michigan 48043 | Detroit, Michigan 48226-3435 |
| (586) 469-9191 (phone) | (313) 965-8300 (phone) |
| (586) 307-8397 (fax) | (313) 965-8252 (fax) |
| P36404 | P24087 |
| mmiller@dmm-law.com | jkalmink@clarkhill.com |

6867642.1 29209/130276

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL ALEXANDER and EDNA
ALEXANDER

         Plaintiffs,

vs.

DEL MONTE CORPORATION and THE
KROGER COMPANY,

         Defendants.

Case No. 2:09-CV-12303

Hon. Patrick J. Duggan
Magistrate Judge Paul J. Komives

_____/

**ORDER TO DISMISS**
**WITH PREJUDICE AND WITHOUT COSTS**

At a session of said Court, held in Detroit, Michigan, on February 15, 2011.

PRESENT:  HON. PATRICK J. DUGGAN
                           U.S. District Court Judge

Upon reading the foregoing Stipulation and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the above matter is dismissed with prejudice and without costs to any party.

         s/Patrick J. Duggan

         Patrick J. Duggan
         United States District Judge
Dated: February 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2011, by electronic and/or ordinary mail.

         s/Marilyn Orem
         Case Manager

6867642.1 29209/130276